**Order entered January 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01297-CV

## IN THE INTEREST OF M.K. AND V.G., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30160-2017**

## ORDER

Before the Court is appellant's January 17, 2019 motion to extend time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 22, 2019. We caution that further extension requests will be disfavored.

/s/      BILL WHITEHILL
         JUSTICE